UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 5:18-cv-00121-FDW-DSC

| ANTONIO BILOTTA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) |  |
|  | ) | ORDER |
| ANDREW SAUL, | ) |  |
| Defendant. | ) |  |

THIS MATTER is before the Court following issuance of the Mandate (Doc. No. 28) from the United States Court of Appeals for the Fourth Circuit regarding the unpublished decision in Bilotta v. Saul, No. 19-2277 (4th Cir. Mar. 10, 2021), reversing this Court's judgment for Defendant. See (Doc. No. 27). Pursuant to the decision by the Fourth Circuit, (Doc. No. 27), this Court remands this case to the agency for a calculation of disability benefits.

IT IS SO ORDERED.

Signed: May 3, 2021

Frank D. Whitney
United States District Judge